1 | BRIAN M. BOYNTON
2 | Principal Deputy Assistant Attorney General, Civil Division
  | ARUN G. RAO
3 | Deputy Assistant Attorney General
4 | AMANDA LISKAMM
  | Director, Consumer Protection Branch
5 | LISA K. HSIAO
6 | Assistant Director
  | MARCUS P. SMITH
7 | Trial Attorney
8 |       Consumer Protection Branch
  |       U.S. Department of Justice
9 |       P.O. Box 386
10 |      Washington, DC 20044
  |       (202) 353-9712
11 |      marcus.p.smith@usdoj.gov
12 | Attorneys for Plaintiff United States of America

13

14 | **UNITED STATES DISTRICT COURT**
   | **CENTRAL DISTRICT OF CALIFORNIA**

15

16 | **UNITED STATES OF AMERICA,**

17 | Plaintiff,

18 | v.

19

20 | **BURGERIM GROUP USA, INC.,**

21 | **BURGERIM GROUP, INC.,**

22 | and

23

24 | **OREN LONI,** individually and as an
   | officer of Burgerim Group USA, Inc.
25 | and Burgerim Group, Inc.,

26 | Defendants.

27

28

No. 2:22-CV-825

**NOTICE OF LODGING
PROPOSED STIPULATED ORDER
FOR PERMANENT INJUNCTION
AND MONETARY JUDGMENTS
FOR CIVIL PENALTY AND
CONSUMER REDRESS**

Judge: Hon. Dolly M. Gee

Plaintiff United States of America and Defendant Oren Loni, by and through their respective counsel, have reached a settlement in this matter. Plaintiff and Defendant Loni have agreed to the entry of the attached Stipulated Order for Permanent Injunction and Monetary Judgments for Civil Penalty and Consumer Redress, as evidenced by their signatures thereto. Accordingly, Plaintiff respectfully requests that the Court enter the attached proposed stipulated order to resolve this case as to Defendant Loni.

Dated:  November 14, 2023            Respectfully submitted,

**FOR FEDERAL TRADE**            **FOR PLAINTIFF**
**COMMISSION:**                       **THE UNITED STATES OF AMERICA:**

Christine M. Todaro                   BRIAN M. BOYNTON
Christopher E. Brown                  Principal Deputy Assistant Attorney General
Attorneys                             Civil Division
Federal Trade Commission
Washington, DC 20580                  ARUN G. RAO
202-326-3711 (Todaro)                 Deputy Assistant Attorney General
202-326-2825 (Brown)
202-326- 3395 (fax)                   AMANDA LISKAMM
ctodaro@ftc.gov                       Director
cbrown3@ftc.gov                       Consumer Protection Branch

                                      LISA K. HSIAO
                                      Assistant Director

                                      By: */s/ Marcus P. Smith*
                                      Marcus P. Smith
                                      Trial Attorney
                                      Consumer Protection Branch
                                      U.S. Department of Justice
                                      P.O. Box 386
                                      Washington, DC 20044
                                      (202) 353-9712
                                      marcus.p.smith@usdoj.gov

2